**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Andry Perez-Castillo, | |
| Petitioner, | No. CV 26-02452 PHX SHD (CDB) |
| v. | **ORDER** |
| Pamela Bondi, Attorney General of the United States; Markwayne Mullin, Secretary of Homeland Security; Todd M. Lyons, Acting Director, United States Immigration and Customs Enforcement; Warden/Facility Administrator; All Other Persons Having Custody of Petitioner, | |
| Respondents. | |

Petitioner is represented by counsel in this § 2241 matter. When the petition was filed on April 9, 2026, Petitioner was detained at the Central Florence Correctional Complex in Florence, Arizona. In an order entered April 9, 2026, the Court denied Petitioner's motion for a temporary restraining order and preliminary injunctive relief, and ordered Petitioner to immediately serve the petition on Respondents. (ECF No. 4). The Court further required the Order at ECF No. 4 and the Petition be transmitted by the Clerk of the Court by email to Assistant United States Attorneys for the District of Arizona. (*Id.*).

On April 15, 2026, Petitioner, through counsel, docketed an Amended Petition indicating that Petitioner is now detained at the Golden State Annex Detention Center in McFarland, California. (ECF No. 5) In the Amended Petition Petitioner asserts venue is still proper in the United States District Court for the District of Arizona.

Accordingly,

**IT IS ORDERED that** Miguel Lucero Lopez as the Warden of the Golden State Annex Detention Center is hereby substituted for Respondent "Warden/Facility Administrator," and that Acting United States Attorney General Todd Blanche is hereby substituted for Respondent Pamela Bondi.

**IT IS FURTHER ORDERED that** Petitioner's counsel shall immediately obtain a Court-issued summons for Respondents Mullin and Lyon, and Acting United States Attorney General Todd Blanche, and Miguel Lucero Lopez as the Warden of the Golden State Annex Detention Center, and shall immediately effect proper service of a summons and the Amended Petition, and the Order at ECF No. 4, and this Order on each Respondent and comply with Federal Rules of Civil Procedure 4(i) with regard to the United States Attorney for the District of Arizona.

**IT IS FINALLY ORDERED that**, per the Order at ECF No. 4, Respondents shall answer the Amended Petition within 20 days of the date of service.

The Clerk of the Court is respectfully requested to transmit by email a copy of this Order and the Amended Petition to to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Theo Nickerson at Theo.Nickerson2@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

Dated this 16th day of April, 2026.

_____
Camille D. Bibles
United States Magistrate Judge

- 2 -